UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE RONALD GUZMAN**

UNITED STATES OF AMERICA

**FILED**

No. 06 CR 702

**MAGISTRATE JUDGE BROWN**

v.    :

OCT 18 2006

RICARDO RANGEL, Jr. and
FRANCISCO MARTINEZ

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Violations: Title 21, United
States Code, Section 841(a)(1)
and 846, Title 18, United States Code,
Section 2

)
)

**Indictment**

## COUNT ONE

The SPECIAL SEPTEMBER 2005 GRAND JURY charges:

On or about September 26, 2006, 2006, at Chicago, in the Northern District of Illinois,

Eastern Division, and elsewhere,

RICARDO RANGEL Jr., and
FRANCISCO MARTINEZ,

defendants herein, conspired with each other to knowingly and intentionally to distribute and to

possess with intent to distribute controlled substances, namely, in excess of 500 grams of mixtures

containing cocaine, a Schedule II Narcotic Drug Controlled Substances, in violation of Title 21,

United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about September 26, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICARDO RANGEL, JR., and
FRANCISCO MARTINEZ,

defendants herein, knowingly and intentionally possessed with intent to distribute in excess of 500 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

-2-