MARTINEZ, Francisco
06 CR 702-2

Page 6 of 7

FILED
OCT 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RETURN OF SERVICE

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __10-9-07__ to __MVCC__

at __Philipsburg, PA__.

By: __Michael Zenk__
(Signature)

Name (Print) _____

Title (Print) __Warden__

J Burlinger, Records Clerk